**Fill in this information to identify the case:**

Debtor 1   Sandra L. Akers

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee
(State)

Case number 19-11213-JLC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** Quicken Loans Inc | **Court claim no.** (if known): | 7 |

**Last 4 digits** of any number you use to
identify the debtor's account:   7293

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

Yes.  Date of the Last Notice

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Date(s) Incurred | Amount |
|---|---|---|
| Plan Review | 06/10/2019 | $150.00 |
| Objection to Confirmation | 06/11/2019 | $500.00 |
| Proof of Claim | 06/25/2019 | $500.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Sandra L. Akers                                      Case number *(if known)*  19-11213-JLC

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X      /s/ Natalie Brown                                Date   June 28, 2019
       Signature
Print:      Natalie Brown                               Title   Attorney for Creditor
       First Name    Middle Name  Last Name

Company     Rubin Lublin TN, PLLC

Address     119 S. Main Street, Suite 500
       Number       Street
       Memphis, TN 38103
       City              State      ZIP Code

Contact phone  (877) 813-0992              Email   nbrown@rubinlublin.com

# UNITED STATES BANKRUPTCY COURT

| Notice to Borrower |
|---|

Upon written request, you are entitled to the following information:

    A.  A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present

    B.  A copy of the promissory note or lost note affidavit where applicable

    C.  The name of the investor that holds the loan

    D.  If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.

To obtain this information, submit a written request to:


Borrower Information Requests
635 Woodward Ave.
Detroit, MI 48226

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 28th day of June, 2019, I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Sandra L. Akers
214 Gordon St.
Dyersburg, TN 38024

Barbara A. Deere, Esq.
110 North Main
P.O. Box 529
Dyersburg, TN 38025

Timothy H. Ivy
P.O. Box 1313
Jackson, TN 38302

Executed on <u>6/28/19</u>
By:<u>/s/ Natalie Brown</u>
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor